

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00461-CV

| | | |
|---|---|---|
| City of Justin, Texas | § | From the Probate Court |
| | § | of Denton County (PR-2009-00779) |
| v. | § | April 2, 2015 |
| Rimrock Enterprises, Inc. | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the portions of the trial court's judgment (1) that declare an easement over Rimrock Enterprises, Inc.'s property and (2) that award Rimrock Enterprises, Inc. attorneys' fees and expenses, and we render judgment that Rimrock Enterprises, Inc. take nothing on those claims. We affirm the remainder of the trial court's judgment.

It is further ordered that Appellant City of Justin, Texas, shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier